**ORDER**

Let the Writ Issue.

DATED: 4 May 2011

Hon. William H. Walls, Senior U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Coleman Federal Correctional Facility, Florida**
WE COMMAND YOU that you have the body of

**OMAR MCCRAE 28351-050**

now confined at the Coleman Federal Correctional Facility, Florida, brought before the United States District Court, the Hon. William H. Walls, Senior U.S.D.J. in the Martin Luther King, Jr., Federal Building & Courthouse ("King Building") 50 Walnut Street, Newark, NJ 07102, Courtroom 4D, on June 8th, 2011 at 9:30 a.m., in civilian clothes, so that the Detainee may have a re-sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls, Senior U.S.D.J.
United States District Judge
Newark, New Jersey.

DATED: May 4, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## UNITED STATES v. OMAR MCCRAE, DOCKET NO. 06-955

### PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          ( ) Ad Testificandum

1. OMAR MCCRAE (hereinafter the "Detainee") is now confined at the Coleman Federal Correctional Facility, Florida.

2. The Detainee is

   (Elect applicable language:)

   charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint
   with a violation of (insert charge(s)).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Martin Luther King, Jr. Federal Building & Courthouse ("King Building") 50 Walnut Street, Newark, NJ 07102, Courtroom 4D, before the Hon. William H. Walls, U.S.D.J., on June 8th, 2011 at 9:30 a.m., for a re-sentencing hearing, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 28th, 2011

_____
Andrew Carey
Assistant U.S. Attorney
Petitioner